# EXHIBIT A

**From:** Num1Source@aol.com
**Subject:** **GREEN MONSTAH**
**Date:** June 5, 2007 1:18:57 PM EDT
**To:** chris@sullystees.com
**Return-Path:** <Num1Source@aol.com>
**Envelope-To:** chris@sullystees.com
**Delivery-Date:** Tue, 05 Jun 2007 13:17:48 -0400
**Received:** from [64.12.137.5] (port=39226 helo=imo-m24.mx.aol.com) by host.b9hc.com with esmtp (Exim 4.63) (envelope-from <Num1Source@aol.com>) id 1HvcfE-0008KX-MY for chris@sullystees.com; Tue, 05 Jun 2007 13:17:48 -0400
**Received:** from Num1Source@aol.com by imo-m24.mx.aol.com (mail_out_v38_r9.2.) id t.cfd.10d9a1de (43931) for <chris@sullystees.com>; Tue, 5 Jun 2007 13:18:57 -0400 (EDT)
**Message-Id:** <cfd.10d9a1de.3396f501@aol.com>
**Mime-Version:** 1.0
**Content-Type:** multipart/alternative; boundary="----------------------------1181063937"
**X-Mailer:** 9.0 Security Edition for Windows sub 5365
**X-Spam-Flag:** NO
**X-Clamantivirus-Scanner:** This mail is clean

Chris,

Thanks for stopping by today, it was nice to meet you. With regard to the "Green Monstah" design -- we will cease to produce the shirt in its current state as of today, June 5, 2007.
We may however, in the future, alter the current design to make it our own but it will no longer say "Green Monstah".
If you have any questions, do not hesitate to call me at 781-644-1000.

I wish you luck in the future.

Take care,

Bruce

---

See what's free at AOL.com.