

**Number One Source "GREEN MONSTAH" T-Shirt
(Version 2) 1
On the shelf @ "Sports Collections"
(in Cambridgeside Galleria)
a vendor that both Sully's & Number One Source
sell to. (Post Cease & Desist).**

SPORTS COLLECTION
NORTHSHORE MALL
(978)977_9573

09/17/2007  8:37PM    2
000000#8400    CLERK23

Adults Ts        $17.9

ITEMS      1Q
***TOTAL   $17. 99
CASH          $20.0
CHANGE         $2.0

NO REFUNDS
EXCHANGES ONLY
THANK YOU

EXHIBIT B