EXHIBIT C



# The Commonwealth of Massachusetts
William Francis Galvin, Secretary of the Commonwealth
Corporations Division

\#: 66676

Mark: GREEN MONSTAH

Dear Registrant:

TM

    Enclosed please find an approved copy of your Trademark or Servicemark application. This certificate of registration will be effective for a period of ten (10) years from the date stamped on the back. The registration number, which appears in the top right corner of the front of the form, should be used when requesting information, copies, or notifying this office of an address change.

    Within six (6) months of the expiration of your term of registration a notification will be sent to the last address of record. Notices will not be sent to the law firm which may have filed the original application.

    The appropriate symbol to indicate state registration is "TM" or "SM". The symbol used for a federal registration is an "R" within a circle. This symbol may not be used unless you mark is registered with the Patent and Trademark Office in Washington, DC. For federal information and forms, call (703) 308-4357.

    This office is not permitted to give legal advice regarding infringement of your Trademark or Servicemark. If you need information on name disputes or Trademark or Servicemark infringement, please consult an attorney.

    Office of the Secretary of the Commonwealth
        One Ashburton Place
        Trademark Division
        Boston, MA  02108

66676  Fee: $50.00

# The Commonwealth of Massachusetts
William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## APPLICATION FOR REGISTRATION OF A TRADEMARK
(General Laws, Chapter 110B, Section 2)

1. Name of applicant: **Chris Wrenn**

2. (a) Principal business address: **35 Congress Street, Salem, MA 01970**

    (b) *Business address in Massachusetts, if any:

3. State whether applicant is an individual, partnership, corporation, union or association: **Individual**

4. If a corporation, the state of incorporation is:

5. Describe mark: **GREEN MONSTAH**

6. Describe the specific goods in connection with which the mark is used:

    **GREEN MONSTAH is a phrase being marketed on t-shirts**

7. Class No.: **25, t-shirts**

8. The mark is used by displaying it:

    ☒ directly to the goods  ☐ to tags or labels affixed to the containers for the goods
    ☐ directly to the containers for the goods  ☐ to tags or labels affixed directly to the goods
    ☒ by displaying it in physical association with the goods in the sale or distribution thereof
    ☐ in other fashions (explain):

9. Date of first use of mark by applicant or predecessor. If first use of mark was in Massachusetts, use the same date in both (a) and (b).

    (a) Anywhere: **January 2nd, 2006**

    (b) In Massachusetts: **January 2nd, 2006**

10. If either of the above first uses was by a predecessor of the applicant, state which use or uses were by a predecessor and identify that predecessor:

Name of applicant: **Chris Wrenn**
State of: **MA**
Signature of applicant: _____
County of: **Essex**
Title: **President**

*Note: This document must be notarized – see reverse side.*
*Fill in only if principal business address is not in Massachusetts*

_____Chris Wrenn_____ , being duly sworn, deposes and says that he is the _____Sam_____ 
e above named applicant, that the statements contained in the foregoing statement are true and that he verily believes that said applicant is the owner of the mark sought to be registered and that no other person has the right in the Commonwealth of Massachusetts to use such mark either in the identical form thereof, or in such near resemblance thereto, as to be likely, when applied to the goods or services of such person, to cause confusion or to cause mistake or to deceive.

SUBSCRIBED and sworn to before me this __8__ day of __Feb__, 20 _06_.

Notary Public: _____Gina Flynn_____  My commission expires:

GINA FLYNN
Notary Public
Commonwealth of Massachusetts
My Commission Expires Nov 10, 2011

*Please print the name and address in the space provided below of the person to whom you wish this application to be sent.

**CERTIFICATE OF REGISTRATION OF A TRADEMARK**

General Laws, Chapter 110B, Section 4

Filed with William Francis Galvin, Secretary of the Commonwealth and Secretary's Certificate of Record issued on:

FEB 08 2006

William Francis Galvin
Secretary of the Commonwealth
Trademark Section
One Ashburton Place, Rm. 1717
Boston, MA 02108

# GREEN MONSTAH

Liberated Imagrs
attn: Chris Wrenn
35 Congress St #335
Salem MA 01970