# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS

Civil Action No.:08-12087-JLT

| | |
|---|---|
| SULLY'S TEES, LLC, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NUMBER ONE SOURCE, INC., | ) |
| and BRUCE JENNINGS, | ) |
| | ) |
|     Defendants. | ) |

## MOTION FOR
## PRELIMINARY INJUNCTION

NOW COMES Plaintiff, Sully's Tees LLC ("Sully's Tees"), and moves this Court pursuant to Rule 65(a)(1) of F.R.Civ.P,, seeking preliminary injunctive relief as follows:

Pursuant to Mass. Gen. L. c. 110H § 13, 15 U.S.C. § 1116, Massachusetts common law and/or Mass. Gen. L. c. 93A, that the Defendants Number One Source, Inc., and Bruce Jennings and their officers, agents, servants, employees and attorneys, and those persons in active concert or participating with them who receive actual notice of this order by personal service or otherwise be preliminarily enjoined, from engaging in the following acts in the United States or in foreign commerce:

    a.    Using the Massachusetts Trademark No. 66676 known and stylized as GREEN MONSTAH ("Mark") in the advertising or sale of apparel;

    b.    Using in any manner any service mark, trademark, trade name, trade dress, words, numbers, abbreviations, designs, colors, arrangements, collocations or any combination thereof which would imitate, resemble or suggest the Marks;

170036

c. Otherwise infringing the Mark;

d. Unfairly competing with plaintiff, diluting the distinctiveness of plaintiff's well known Mark and otherwise injuring plaintiff's business reputation in any manner;

e. Publishing any listings using the Mark and any other name containing words confusingly similar with the Mark.

In support of this motion, plaintiff relies on its memorandum and verified complaint filed herewith.

WHEREFORE, plaintiff prays that this motion be allowed without posting bond.

SULLY'S TEES LLC
By its attorneys,

*/s/ Jonathan M. Feigenbaum*
_____
Jonathan M. Feigenbaum, Esq.
B.B.O. #546686
Phillips & Angley
One Bowdoin Square
Boston, MA 02114
Tel. No. (617) 367-8787
JonF@phillips-angley.com

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. (NEF), and paper copies will be sent by process server with the original summons and complaint and other opening documents to those indicated as non-registered participants on this day, 19th day of

December 2008. The original of the above was sent by Federal Express to the process server on December 17, 2008 who stated he expected to make service on December 19, 2008.

*/s/Jonathan M. Feigenbaum*

Litg\stee001\pi.motion